**Motion granted, Appeal dismissed, and Memorandum Opinion filed October 24, 2024.**



In The

# Fourteenth Court of Appeals

### NO. 14-24-00215-CR

## DANDRAE TAWAN HEATH, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 180th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1768028**

## M E M O R A N D U M   O P I N I O N

A written request to dismiss the appeal, personally signed by appellant, has been filed with this court. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed. We direct the clerk of the court to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Hassan.

Do Not Publish — Tex. R. App. P. 47.2(b).